```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

```
VICKY GUNTER,                        *
                                     *
    Plaintiff,                       *
                                     *
vs.                                  *   CIVIL ACTION NO. 14-00437-WS-B
                                     *
                                     *
CAROLYN W. COLVIN,                   *
Commissioner of Social Security,     *
                                     *
    Defendant.                       *
```

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 1, 2015, is **ADOPTED** as the opinion of this Court.

**DONE** this 24th day of April, 2015.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE