```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

VICKY GUNTER,                          *
                                       *
    Plaintiff,                        *
                                       *
vs.                                    *   CIVIL ACTION NO. 14-00437-WS-B
                                       *
CAROLYN W. COLVIN,                     *
Commissioner of Social Security,       *
                                       *
    Defendant.                        *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Defendant's unopposed Motion to Remand (Doc. 16) is **GRANTED**, and that the decision of the Commissioner of Social Security denying plaintiff benefits is reversed and remanded pursuant to sentence four of 42 U.S.C., § 405(g), see Melkonyan v. Sullivan, 501 U.S. 89 (1991), for further administrative proceedings. The remand pursuant to sentence four of § 405(g) makes the plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, Shalala v. Schaefer, 509 U.S. 292 (1993), and terminates this Court's jurisdiction over this matter.

    **DONE** and **ORDERED** this 24th day of April, 2015.

                                      s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE